IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ANDRE WILLIAMS,

                Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.

Case No. 3:22-cv-00177-RRB

**JUDGMENT AND ORDER OF REMAND**

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

1. A prior partially favorable decision was issued on March 6, 2020, finding Plaintiff disabled for a closed period from September 21, 2016, through May 31, 2019. As a result, this remand is limited to the remaining unfavorable time periods. Specifically, from July 1, 2014 (the amended alleged onset date) to September 20, 2016, and from June 1, 2019, through the date of the new ALJ decision.

2. The ALJ will conduct a new hearing, further develop the record and issue a new decision;

3. The ALJ will reevaluate the medical opinions of record;

4. The ALJ will reevaluate steps two and three of the sequential evaluation process;

5. The ALJ will reevaluate Plaintiff's subjective complaints;

6. The ALJ will reevaluate Plaintiff's RFC;

7. The ALJ will reevaluate steps four and five with the assistance of a vocational expert, if necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand issued herein on January 19, 2023.

JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED this 19th day of January, 2022, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge